UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIKA MICHELLE WOODS,<br><br>　　　　　　Defendant. | No. CR-13-008-WFN-40<br><br>ORDER GRANTING<br>MOTION TO AMEND<br>**(ECF No. 1216)** |

　　　Defendant was released on bond and other pretrial conditions following a bail hearing in the Central District of California before the duty Judge. She now requests permission to move to Nevada. Neither her California Pretrial Services Officer nor the Eastern District of Washington Pretrial Services opposes the request. Defendant has been compliant with the pretrial release conditions and has a minimal criminal history.

　　　The Motion, **ECF No. 1216,** is **GRANTED.** Defendant's conditions are modified to the extent she may move to Nevada, provided, however, she shall continue to be subject to electronic monitoring and the other conditions set by the order entered in the Central District of California. In addition, she timely shall submit to a chemical dependency assessment and random drug-testing if directed by Pretrial Services. She shall be in contact with her attorney at least once a week by telephone and as otherwise directed by her attorney. She shall be in contact with her Pretrial Services Officer at least once a week by telephone and as

ORDER - 1

1 | otherwise directed by Pretrial.
2 | **IT IS SO ORDERED.**
3 | DATED August 2, 2013.

_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE
